```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KIMBERLY BROWN,                    )
         Plaintiff,                )
                                   )
         v.                        ) Civil Action No. 07-859
                                   )
J. KAZ, INC., ET AL.,              )
         Defendants.               )
_____

J. KAZ, INC., ETC.,                )
         Plaintiff,                )
                                   )
         v.                        ) Civil Action No. 10-382
                                   )
KIMBERLY BROWN,                    )
         Defendant.                )
```

ORDER

AND NOW, this 11th day of May, 2010, IT IS HEREBY ORDERED that a telephone status conference in above captioned cases will be held before the undersigned on Monday, May 17, 2010 at 4:30 p.m.. The court will initiate the conference call. Counsel should contact chambers and provide their direct dial telephone numbers for that date and time.

                              BY THE COURT:


                              s/Gary L. Lancaster
                              Gary L. Lancaster,
                              Chief United States District Judge

cc:    All parties of record